**12 CIV 3890**

**JUDGE GRIESA**

Danial A. Nelson (DN4940)
Kevin P. McCulloch (KM0530)
NELSON & McCULLOCH
The Chrysler Building
405 Lexington Ave., 26th Floor
New York, N.Y 10174
T: (212) 907-6677
F: (646) 308-1178

*Counsel for Plaintiff*



**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PALMER KANE LLC, | Case No.: |
| *Plaintiff,* | |
| v. | **COMPLAINT AND DEMAND FOR A JURY TRIAL** |
| SCHOLASTIC   CORPORATION;   SCHOLASTIC INC., | |
| *Defendants.* | |

Plaintiff PALMER KANE LLC, by and through undersigned counsel, pursuant the applicable Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, hereby demands a trial by jury of all claims and issues so triable and for its Complaint against Defendants SCHOLASTIC CORPORATION and SCHOLASTIC INC., hereby asserts and alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action for copyright infringement and related claims brought by Plaintiff Palmer Kane LLC ("Palmer Kane" or "Plaintiff") against Defendants Scholastic

Corporation and Scholastic Inc. (collectively "Scholastic" or "Defendants") for Defendants' unauthorized and infringing uses of Plaintiff's copyrighted photographs.

2.      Jurisdiction for Plaintiff's claims lies with the United States District Court for the Southern District of New York pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*; 28 U.S.C. § 1331 (conferring original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"); and 28 U.S.C. § 1338(a) (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights); and 28 U.S.C. § 1367.

3.      Venue is proper in this Court under 28 U.S.C. § 1391(b) since Defendants reside in this District and a substantial portion of the misconduct by Defendants giving rise to the claims asserted herein occurred in this District, and 28 U.S.C. § 1400(a) since Defendants reside or may be found in this District.  Further, Defendants' primary place of business is in this District, Defendants conduct substantial business in this District, Defendants are subject to personal jurisdiction in the State of New York, and Defendants infringed Plaintiff's copyrights in the State of New York and this District.

## THE PARTIES

1.      Gabe Palmer, a resident of the State of Vermont, is a professional photographer who makes his living taking and licensing photographs.

2.      Gabe Palmer created photographs as works-made-for-hire for Palmer/Kane Inc. ("PKI").

3.      PKI is identified as the registered owner of the copyrights in and to certain images that were created by photographer Gabe Palmer, including images identified herein.

4.      In a written agreement dated January 15, 2008, PKI transferred and assigned its

copyrights, and all interests and rights therein, to Plaintiff Palmer Kane LLC.

5.      Plaintiff Palmer Kane LLC is a stock photography agency that licenses the works of Gabe Palmer.

6.      Defendant Scholastic Inc. is a division or subsidiary entity of Scholastic Corporation.

7.      Defendants' principle place of business is New York, New York.

8.      Scholastic is a publisher and distributor of textbooks and other educational materials.

9.      Scholastic distributes content throughout the United States, including through various companies, divisions, and imprints.

10.     Upon information and belief, Scholastic acquired Grolier, Inc. (also known as Grolier Publishing) ("Grolier") in 2000, including its imprints and divisions.

11.     Upon information and belief, Franklin Watts, Inc. (also known as Franklin Watts Publishing) ("Franklin Watts") was acquired by Grolier prior to 2000 and is one of the assets acquired by Scholastic.

12.     Upon information and belief, Scholastic continues to publish and distribute content under and/or through Grolier and Franklin Watts as imprints and/or divisions.

## FACTUAL ALLEGATIONS

13.     Scholastic used and continues to use Plaintiff's photographs in numerous programs and publications.

14.     Plaintiff is the owner of copyrights to photographs that Defendants published without authorization and used in excess of Scholastic's limited licenses.

15.     Plaintiff's copyrights in and to photographs used by Scholastic and that are the

3

subject of this action have been registered with the United States Copyright Office, including under: VAu 529-623; VA 787-113; VA 787-126; VA 787-128; VA 1-297-359; VA 1-811-724; VA 1-812-030; VA 1-812-335; VA 1-812-343; VA 1-812-344; VA 1-812-345; VA 1-812-347; VA 1-812-348; VA 1-812-349; VA 1-812-357; VA 1-812-350; VA 1-812-359.

16.     Scholastic primarily obtained Plaintiff's photographs from Plaintiff's licensing agents, including The Stock Market ("TSM") and Corbis Corporation ("Corbis").

17.     In all cases where Scholastic obtained permission to use Plaintiff's works, Scholastic was permitted to make only limited uses of Plaintiff's photos and such permission was granted subject to specific terms and conditions.

18.     Defendants did not acquire any copyrights or ownership interests in Plaintiff's images.

19.     In obtaining copies of Plaintiff's photographs, Scholastic's agents represented that Scholastic would not make any subsequent uses of these photographs without prior permission and payment of agreed-upon license fees.

20.     Plaintiff and its agents sold limited licenses to Scholastic based on representations regarding Scholastic's intended uses and representations that its use would not exceed these limitations.

21.     Plaintiff and its agents relied on these representations in determining the requisite licensing fees.

22.     Upon information and belief, Defendants exceeded the licenses it obtained to use Plaintiff's images, reused Plaintiff's works without a license or prior to obtaining a license, and made unauthorized uses of Plaintiff's works, including the uses and works set forth in Exhibit A.

23.     Upon information and belief, Defendants exploited Plaintiff's photographs

4

without permission, prior to obtaining permission, and in excess of applicable license restrictions.

24.   Defendants' conduct is part of a broader practice and pattern of textbook publishers violating license terms and exceeding license limitations and using images without obtaining permission.

25.   Plaintiff previously filed a civil suit in this District against Scholastic related to Scholastic's unauthorized and infringing use of Plaintiff's photographs in the *READ 180* program. No claims regarding the *READ 180* program are asserted here. However, Scholastic's infringing uses of Plaintiff's images in the *READ 180* program demonstrate and are part of a broader pattern and practice of infringing and misappropriating third-party photographic content, including Plaintiff's images identified in Exhibit A.

26.   This pattern and practice of misappropriating third-party content demonstrates reckless disregard for the rights of the owners of those creative works.

27.   Scholastic concealed its illegal conduct in order to avoid liability.

28.   Plaintiff requested usage information from Scholastic, but the request was ignored.

29.   Scholastic ignored this request for information and refused to cooperate with Plaintiff in order to hide its misconduct and avoid liability.

30.   Because critical information remains in Scholastic's sole possession, the full scope of Scholastic's unauthorized and infringing uses of Plaintiff's photographs and other third-party content has not yet been ascertained.

31.   Upon information and belief, Scholastic made unauthorized uses of Plaintiff's photographs in *Scholastic Explains Writing Homework* (Exhibit B), including by using Plaintiff's

5

photos without permission or beyond the scope of whatever license or permission may have obtained.

32.     Upon information and belief, Scholastic made unauthorized uses of Plaintiff's photographs in *Scholastic Children's Dictionary* (Exhibit C), including by using Plaintiff's photos without permission or beyond the scope of whatever license or permission may have obtained.

33.     Upon information and belief, Scholastic made unauthorized uses of Plaintiff's photographs in *Scholastic Children's Encyclopedia* (Exhibit D), including by using Plaintiff's photos without permission or beyond the scope of whatever license or permission may have obtained.

34.     Upon information and belief, Scholastic made unauthorized uses of Plaintiff's photographs in *Book of Knowledge* and *New Book of Knowledge*, including by using Plaintiff's photos beyond the scope of whatever license or permission may have obtained and publishing Plaintiff's photos in editions for this title for which Defendants did not obtain permission.

35.     Upon information and belief, Scholastic made unauthorized uses of Plaintiff's photographs in *New Book of Popular Science,* including by using Plaintiff's photos beyond the scope of whatever license or permission Defendants may have obtained and publishing Plaintiff's photos in editions for this title for which Defendants did not obtain permission.

36.     A reasonable opportunity for further investigation and discovery will confirm that Defendants' unauthorized, unlicensed, and/or infringing uses of Plaintiff's images are not limited to the photographic works and titles identified herein or in Exhibit A.

## COUNT I
## (COPYRIGHT INFRINGEMENT)

37.     Plaintiff repeats and re-alleges each allegation set forth in the prior paragraphs as if set forth fully herein.

38.     Upon information and belief, Defendants infringed Plaintiff's exclusive rights in and to Plaintiff's creative works.

39.     Defendants' conduct as alleged herein constitutes infringement of Plaintiff's copyrights.

40.     Defendants misappropriated and made unauthorized uses of Plaintiff's intellectual property for its own profit.

41.     Defendants benefitted and continue to financially benefit from their uncompensated and infringing uses of Plaintiff's creative works.

42.     Defendants' conduct was intentional, willful, reckless, and/or malicious.

43.     Defendants' unauthorized and infringing conduct caused Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

44.     Defendants' effort to conceal its unauthorized uses both infringes Plaintiff's copyrights, including by interfering with Plaintiff's rightful effort to monitor and protect its copyrights, and demonstrates that Defendants' conduct was willful.

45.     Upon information and belief, the various infringements of Plaintiff's rights identified herein are part of a broader pattern and practice of Defendants infringing and misappropriating third-party photographic content, including by using third-party images prior to obtaining permission and using third-party images in excess of applicable license restrictions.

46.     This pattern and practice of misappropriating third-party content constitutes a habit of infringement.

7

47.     This pattern and practice of misappropriating third-party content demonstrates reckless disregard for the rights of the owners of those creative works, including images owned by Plaintiff.

48.     Plaintiff seeks all damages recoverable under any applicable agreements and/or under the Copyright Act, including statutory or actual damages and Defendants' profits attributable to the infringing use of Plaintiff's creative works and the damages suffered as a result of the lack of compensation, credit, and attribution.  Plaintiff also seeks all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

**WHEREFORE,** Plaintiff respectfully prays for judgment and for the following relief on its behalf and on behalf of the proposed class:

1.     A preliminary and permanent injunction against Defendants and anyone working in concert with Defendants from copying, displaying, distributing, advertising, promoting, selling or offering to sell plaintiff's photographs or creating, obtaining and using substantially similar photographs in any of the preceding ways and to deliver to the Court for destruction or other appropriate disposition of all materials, including digital files representing Plaintiff's photographs in the control or possession of Defendants;

2.     All allowable damages under the Copyright Act, including, but not limited to, statutory or actual damages, including damages incurred as a result of Plaintiff's loss of licensing revenue, and Defendants' profits attributable to infringement and damages suffered as a result of the lack of credit and attribution;

3.     All damages allowed under any applicable contracts or agreements;

8

4.     Plaintiff's full costs, including litigation expenses, expert witness fees, interest, and any other amounts authorized under law, and attorneys' fees incurred in pursuing and litigating this matter;

5.     All allowable damages caused by and/or resulting from Defendants' violation and infringement of Plaintiff's rights in and to this creative visual works;

6.     Any other relief authorized by law, including punitive and/or exemplary damages; and

7.     For such other and further relief as the Court deems just and proper.


**JURY TRIAL DEMANDED**

Dated May 16, 2012
New York, New York.


Respectfully submitted,

NELSON & McCULLOCH LLP

By:
      Danial A. Nelson (DN4940)
      Kevin P. McCulloch (KM0530)
      The Chrysler Building
      405 Lexington Ave., 26th Floor
      New York, N.Y 10174
      T: (212) 907-6677
      F: (646) 308-1178

      dnelson@nelsonmcculloch.com
      kmcculloch@nelsonmcculloch.com

      *Attorneys for Plaintiff*

9

# EXHIBIT A

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| LICENSOR OR PUBLISHER | TITLE (if available) | ISBN | AGENT | INVOICE # (if any) | INVOICE DATE | IMAGE # | IMAGE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Grolier | New Book of Knowledge, vM | 0-7172-0525-8 | The Stock Market ("TSM") | 95224 | Jan-94 | CU115A1477 | YOUNG MUSICIANS |
| Weekly Reader | | | TSM | 94845 | Jan-94 | P4703 | Kindergarten Boy with missing tooth |
| Grolier | | | TSM | 95218 | Jan-95 | O052B1132 | Modern telecommuncations |
| Grolier | | | TSM | 96435 | Feb-94 | SS1241148 | TEEN PREG |
| Weekly Reader | | | TSM | 98661 | Mar-94 | O0650107 | kids and globe ed4635 |
| Weekly Reader | | | TSM | 98661 | Mar-94 | PE0510133 | 2nd graders in computer lab ed4664 |
| Scholastic | | | TSM | 103844 | Jun-94 | pe03912240 | kids on computer |
| Grolier | | | TSM | 105234 | Jul-94 | o049e3024 | executive conference |
| Grolier | | | TSM | 109119 | Sep-94 | o079d8908 | unemployed looking at classified |
| Scholastic | Scholastic Children's Dictionary | 0-590-25271-2 | | NONE | NONE | UNK-0 | Now Renting sign |
| Grolier | | | TSM | 112834 | Nov-94 | AS3573 | Thanksgiving Portrait |
| Grolier | | | TSM | 112834 | Nov-94 | PE275P9376 | Family with triplets |
| Scholastic | | | TSM | 110863 | Oct-94 | O0670109 | high school chemistry experiment ed7993 |
| Scholastic | | | TSM | 111119 | Oct-94 | PE1290146 | mom holding girl at bus stop ed7948 |
| Grolier | | | TSM | 114895 | Dec-94 | sc007a9701 | parameds |
| Scholastic | | | TSM | 104851 | Jul-94 | ed3229 | BOY RAISING HAND IN CLASS |
| Scholastic (Children's Press) | | | TSM | 104494 | Jul-94 | O0660119 | teacher helping student ed7954 |
| Scholastic | | | TSM | 120430 | Mar-95 | PE0380004 | PLAYING CELLO CU9753 |
| Scholastic | | | TSM | 107339 | Jun-94 | ed3229 | BOY RAISING HAND IN CLASS |
| Grolier | The New Book of Popular Science v2 | 0-7172-1220-3 | TSM | 134053 | Sep-95 | I468G4552 | testing toxic waste |
| Grolier | New Book of Knowledge, vJK | | TSM | 137059 | Oct-95 | o063d6603 | montessori kids with musical instruments |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| Grolier | New Book of Knowledge, vJK | | TSM | 137059 | Oct-95 | o065d3023 | kindergarten |
|---|---|---|---|---|---|---|---|
| Scholastic | | | TSM | 142963 | Jan-96 | ED4644 | Boy in high school library |
| Scholastic | | | TSM | 142963 | Jan-96 | PE0510008 | Boys on computer ED9846 |
| Scholastic | | | TSM | 142963 | Jan-96 | PE0510109 | 3 little kids on computer ED7989 |
| Scholastic | | | TSM | 142902 | Jan-96 | PE1270024 | Father Son Telescope P10152 |
| Scholastic | | | TSM | 156907 | Jun-96 | f204b0283 | Boy & watering can/spec Fj |
| Scholastic | Scholastic Explains Writing Homework | 0-590-39759-1 | | NONE | NONE | O0660102 | Student Doing Classwork |
| Scholastic | | | TSM | 174336 | Dec-96 | PE1270024 | Father Son Telescope P10152 |
| Weekly Reader | | | TSM | 189190 | May-97 | SC008A7299 | EMTS/ambulance |
| Scholastic | | | TSM | 190768 | Jun-97 | fo73t4298 | woman eat diet food |
| Weekly Reader | | | TSM | | | O135d0137 | postal carrier |
| Weekly Reader | | | TSM | | | PE1400113 | man with a cold 16635 |
| Grolier | | | TSM | 263051 | | pe140x4069 | man brushing hair |
| Scholastic | | | TSM | 256965 | | O0650001 | Bored little boy in kindergarten ED9824 |
| Scholastic | | | TSM | 263063 | | SS1200101 | kid drinking ss12043 |
| Scholastic | | | TSM | 268874 | | PE0310200 | child w/ chicken 20032 |
| Scholastic | | | TSM | 259716 | | v6422 | Boy checking beeper |
| Scholastic | | | TSM | 247452 | | AM1400101 | dad & girl hugging w/ homemade card p6587 |
| Scholastic | | | TSM | 247458 | | o0660146 | students with paper masks in art class 1252 |
| Weekly Reader | | | Corbis | 304623 | 7/26/2000 | o0670169 | high school class |
| Scholastic (Prof Mag) | | | Corbis | 304979 | 7/28/2000 | o0660148 | Grade School Math Class 1258 |
| Weekly Reader | | | Corbis | 305505 | 8/9/2000 | o0670169 | high school class additional use |
| Scholastic | | | Corbis | 303241 | 7/11/2000 | o0720209 | two students in library 53325856 |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scholastic | Scholastic Explains Writing Homework | 0-613-12078-7 | Corbis | NONE | NONE | O0660102 | Student Doing Classwork |
| Scholastic | | | Corbis | 333369 | 6/29/2001 | cu0820102 | marching band trumpet player AS18910 |
| Scholastic | | | Corbis | 333369 | 6/29/2001 | cu0820102 | marching band trumpet player AS18910 |
| Grolier | New Book of Knowledge, vQR | 0-7172-0533-9 | Corbis | 339383 | 10/9/2001 | pe271y2908 | boy with down syndrome and friend |
| Grolier | New Book of Knowledge, vUV | 0-7172-0533-9 | Corbis | 340360 | 10/25/2001 | pe0040180 | child portrait 51230 |
| Scholastic | | | Corbis | 314941 | 11/20/2000 | n123d1544 | snowman |
| Scholastic (Early Child) | | | Corbis | 322031 | 2/19/2001 | PE1220350 | family watching falling stars 29224 |
| Weekly Reader | | | Corbis | 335982 | 8/15/2001 | O0660014 | grade schoolers boarding school bus |
| Scholastic | | | Corbis | 338538 | 9/25/2001 | O0650001 | Bored little boy in kindergarten ED9824 |
| Grolier | | | Corbis | 338662 | 9/27/2001 | O063d6603 | montessori kids with musical instruments |
| Scholastic | Phonics Take-Home title available in Kuala Lumpur and China | 0-439-55015-7 | Corbis | NONE | NONE | PE1220350 | Family watching falling stars |
| Scholastic | Scholastic Children's Dictionary | 0-439-36563-5 | | NONE | NONE | UNK-0 | Now Renting Sign |
| Weekly Reader | | | Corbis | 339800 | 10/15/2001 | o0840161 | firefighters rescuing 74058 |
| Weekly Reader | | | Corbis | 341613 | 11/14/2001 | o0750143 | Teacher talking to student in hallway |
| Scholastic | | | Corbis | 202717 | 7/17/2002 | pe1290529 | climbing aboard at the rR museum |
| Scholastic | | | Corbis | 305035 | 3/14/2003 | i4000102 | computer recycling |
| Scholastic | | | Corbis | 295905 | 2/27/2003 | o0670169 | high school class |
| Franklin Watts | | | Corbis | 367257 | 7/8/2003 | PE1270024 | father son telescope |
| Scholastic | | | Corbis | 348171 | 4/15/2000 | o067ab3368 | high school student calculator |
| Scholastic | | | Corbis | 348171 | 4/15/2000 | o067ab3368 | high school student calculator |
| Scholastic | | | Corbis | 348171 | 4/15/2000 | pe200ap0469 | teen supermarket clerk |
| Scholastic | Scholastic Children's Encyclopedia | 0-439-43816-0 | Corbis | NONE | NONE | CO0480101 | Hands on Braille |
| Franklin Watts | | | Corbis | 559134 | 6/29/2004 | o0740387 | taking test |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Franklin Watts | | | Corbis | 503847 | 3/17/2004 | o0740387 | taking test |
| Scholastic | | | Corbis | 438602 | 11/10/2004 | o0660106 | flash cards math |
| Franklin Watts | | | Corbis | 559134 | 6/29/2004 | o0740387 | taking test |
| Franklin Watts | | | Corbis | 715691 | 4/27/2005 | am1140101 | kids and bear at Seattle zoo |
| Scholastic | | | Corbis | 764810 | 8/9/2005 | o0660388 | teacher tutoring student |
| Scholastic | | | Corbis | 764923 | 8/9/2005 | o0750114 | teacher Encouraging Student |
| Scholastic | | | Corbis | 765597 | 8/10/2005 | o0660388 | teacher tutoring student |
| Scholastic | | | Corbis | 684140 | 2/25/2005 | PE1220350 | family watching falling stars |
| Weekly Rreader | | | Corbis | 659598 | 1/7/2005 | O0660328 | student reciting Gettysburg address |
| Weekly Rreader | | | Corbis | 659590 | 1/7/2005 | SC0020141 | girl smiling in dentist chair |
| Weekly Rreader | | | Corbis | 661492 | 1/12/2005 | PE0410488 | line of shadows |
| Franklin Watts | | | Corbis | 760427 | 7/29/2005 | SS1190101 | Depression |
| Scholastic | | | Corbis | 744375 | 6/24/2005 | o0660388 | teacher tutoring student |
| Scholastic | | | Corbis | 718848 | 5/2/2005 | o0740346 | excellent pupil |
| Scholastic | | | Corbis | 730313 | 5/26/2005 | mi1030102 | haunted house |
| Scholastic | | | Corbis | 730266 | 5/26/2005 | PE2030216 | teens in car |
| Scholastic | | | Corbis | 730266 | 5/26/2005 | PE2030216 | teens in car |
| Scholastic | New Book of Knowledge, vM | 0-7172-0541-X | TSM | NONE | NONE | CU115A1477 | YOUNG MUSICIANS |
| Scholastic | New Book of Knowledge, vJK | 0-7172-0541-X | TSM | NONE | NONE | o063d6603 | montessori kids with musical instruments |
| Scholastic | New Book of Knowledge, vJK | 0-7172-0541-X | TSM | NONE | NONE | o065d3023 | Kindergarten |
| Scholastic | New Book of Knowledge, vUV | 0-7172-0541-X | Corbis | NONE | NONE | pe0040180 | Child's Portrait |
| Scholastic | New Book of Knowledge, vQR | 0-7172-0541-X | Corbis | NONE | NONE | pe271y2908 | Boy with Down Syndrome and friend |
| Scholastic | New Book of Knowledge, vF | 0-7172-0541-X | TSM | NONE | NONE | UNK-1 | Frozen Food Manufacturing |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| Scholastic | | | Corbis | 828117 | 12/6/2005 | o0660146 | students with paper masks in art class |
|---|---|---|---|---|---|---|---|
| Weekly Reader | | | Corbis | 6031202 | 4/6/2006 | 4215212624 | multicultural group children around globe |
| Franklin Watts | | | Corbis | 6073760 | 8/25/2006 | O0670169 | High School Class |
| Scholastic | | | Corbis | 796115 | 10/7/2005 | i6350102 | robotic hand using laptop computer |
| Grolier | | | Corbis | 805196 | 10/25/2005 | pe0390010 | boys reading baseball cards |
| Scholastic | | | Corbis | 781254 | 9/12/2005 | sc0080104 | speeding Ambulance |
| Scholastic | | | Corbis | 785342 | 9/20/2005 | o0670124 | troubled student with teacher |
| Scholastic | | | Corbis | 785343 | 9/20/2005 | sc0070117 | paramedics accident site |
| Franklin Watts | | | Corbis | 6019218 | 2/28/2006 | nt5346478 | Fisherman's Raincoats & Boots |
| Scholastic | | | Corbis | 811923 | 11/4/2005 | mi1030102 | haunted house |
| Franklin Watts | | | Corbis | 816834 | 11/15/2005 | o0720213 | girl reading book in library |
| Scholastic | | | Corbis | 6007955 | 1/26/2006 | PE0410488 | line of shadows |
| Scholastic | | | Corbis | 6058387 | 7/5/2006 | o0660004 | elementary science class |
| Scholastic | | | Corbis | 6058387 | 7/5/2006 | PE2710004 | kids visiting friend in hospital |
| Franklin Watts | | | Corbis | 6052915 | 8/15/2006 | pe1210174 | family making pasta |
| Scholastic | | | Corbis | 6040451 | 5/3/2006 | pe2030216 | teens in car |
| Weekly Reader | | | Corbis | 7101895 | 12/27/2007 | sp1200131 | Family on Ice |
| Scholastic | The New Book of Popular Science v2 | 978-0-7172-1226-2 | TSM | NONE | NONE | I468G4552 | testing Toxic Waste |
| Scholastic | The New Book of Popular Science v6 | 978-0-7172-1226-2 | TSM | NONE | NONE | IN400 | Jet Engine Manufacturing |
| Scholastic | Scholastic Children's Dictionary | 0-439-70258-5 | | NONE | NONE | UNK-0 | Now Renting Sign |
| Scholastic | The New Book of Popular Science v6 | 978-0-7172-1226-2 | TSM | NONE | NONE | UNK-2 | Frozen Food Assembly Line |
| Scholastic | The New Book of Popular Science v2 | 978-0-7172-1226-2 | TSM | NONE | NONE | | Coal Yard |
| Scholastic | The New Book of Popular Science v5 | 978-0-7172-1226-2 | TSM | NONE | NONE | | Depressed Woman in Nursing Home |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Franklin Watts | | | Corbis | 6108874 | 12/18/2006 | SS1190101 | depressed boy |
| Scholastic | | | Corbis | 7030425 | 4/12/2007 | o0740253 | students working together |
| Scholastic | | | Corbis | 6090248 | 10/17/2006 | i6350102 | robotic hand using laptop computer |
| Scholastic | | | Corbis | 6080522 | 9/18/2006 | 4215212622 | boy holding globe |
| Scholastic | | | Corbis | 6006166 | 9/29/2006 | o0660103 | girl getting on school bus |
| Scholastic | | | Corbis | 7025684 | 3/28/2007 | o0670169 | high school class |
| Scholastic | | | Corbis | 7032191 | 4/18/2007 | 4215212624 | multicultural group children around globe |
| Scholastic | | | Corbis | 6112374 | 1/2/2007 | sc0020141 | girl smiling dentist's chair |
| Scholastic | | | Corbis | 7001642 | 1/9/2007 | fo0450104 | food pyramid |
| Weekly Reader | | | Corbis | 7003635 | 1/16/2007 | SS1210104 | TEENS SHOPLIFTING |
| Grolier | | | Corbis | 7006124 | 1/24/2007 | eu0480005 | ballet lesson |
| Weekly Reader | | | Corbis | 7006696 | 1/26/2007 | O0740365 | Diligent Student |
| Scholastic | | | Corbis | 7008116 | 1/30/2007 | i6350102 | robotic hand using laptop computer |
| Weekly Reader | | | Corbis | 7081194 | 10/11/2007 | pe0310399 | kids watching fish |
| Scholastic | | | Corbis | 7082257 | 10/16/2007 | 4215212644 | teenagers escalator giving high five |
| Grolier | | | Corbis | 7076047 | 9/25/2007 | pe1270024 | father son telescope |
| Weekly Reader | | | Corbis | 8021543 | 3/31/2008 | 4215212673 | american flag pole hanging half-mast |
| Scholastic | | | Corbis | 8009525 | 2/12/2008 | o0750108 | teen volunteer reading grade-schooler |
| Grolier | | | Corbis | 8013905 | 2/28/2008 | o0740255 | students in Middle School Library |
| Franklin Watts | | | Corbis | 8048696 | 7/31/2008 | 4215212632 | 2 boys airplane museum w/ model |
| Grolier | | | Corbis | 9005246 | 1/29/2009 | 4215212571 | boy wearing suit smiling |
| Scholastic | | | Corbis | 8073042 | 11/25/2008 | i6350102 | robotic hand using laptop computer |
| Weekly Reader | | | Corbis | 9007652 | 2/12/2009 | 4215212627 | 4 boys bending forward |

Exhibit A

Palmer Kane LLC v Scholastic Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scholastic | | | Corbis | 1324670 | 10/14/2010 | cu0820102 | marching band trumpet player AS18910 |
| Scholastic | Power of Persuasion Contest | | Corbis | NONE | NONE | PE2030216 | Teens in Car |
| Scholastic | | | Corbis | 1468327 | 1/26/2011 | o0740255 | students in middle school library |
| Scholastic | | | Corbis | 621760 | 5/19/2011 | o0670124 | troubled student with teacher |
| Scholastic | | | Corbis | 660165 | 6/20/2011 | o0670124 | troubled student with teacher |
| Scholastic | | | Corbis | 1789178 | 10/11/2011 | pe1270024 | father son telescope |
| Storey | Dog Heroes (poster) | | Alamy | | 8/1/2008 | | Dalmatian protecting fire truck |
| Scholastic | Dog Heroes (custom, non-poster) | | Alamy | | 12/1/2008 | | Dalmatian protecting fire truck |
| Scholastic | Dog Heroes (custom, non-poster) | | Alamy | | 12/1/2010 | | Dalmatian protecting fire truck |
| Scholastic | | | Corbis | NONE | NONE | cu0820102 | marching band trumpet player AS18910 |

# EXHIBIT B



BRIDGEPORT PUBLIC LIBRARY

3 4000 07465 3049

# SCHOLASTIC ☆ EXPLAINS

# WRITING HOMEWORK

## Everything children (and parents) need to survive 2nd and 3rd grade

SCHOLASTIC

written permission and are subject to ... ...
author/artist or estate thereof; 20/21, From *The Magic School Bus Inside The Human Body* by Joanna Cole, illustrated by Bruce Degen. Illustrations copyright © 1989 by Bruce Degen. Reprinted by permission of Scholastic, Inc. The

Kainerr; 59, Viviane Moos/The Stock Market; Mrs. Jacob Young-Wolff/PhotoEdit; 61, Jeff Greenberg/Photo Researchers. ..... Courtesy Mrs. Jacob

## Board of Advisors

Dale Beltzner
Liberty Bell Elementary School
Coopersburg, PA

Linda Neth
Groveport Elementary School
Groveport, Ohio

Beverly Wilson
John R. Good School
Irving, Texas

Allan Yeager
Richard Crane Elementary School
Rohnert Park, California

No part of this publication may be reproduced in whole or in part, or stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher. For information regarding permissions, write to Permissions Department, Scholastic Inc., 555 Broadway, New York, NY 10012.

Library of Congress Cataloging-in-Publication Data

Scholastic explains writing homework: everything children (and parents) need to survive 2nd and 3rd grades.
    p.  cm. (The Scholastic explains homework series)
    Includes index.

    Summary: Presents information on a variety of topics related to learning to write, including various kinds of writing, parts of speech, sentence structure, and punctuation.
    ISBN 0-590-39756-7 (hardcover)    ISBN 0-590-39759-1 (pbk.)

    1. English language—Composition and exercises—Study and teaching (Primary)—United States—Juvenile literature.
    2. Homework—Juvenile literature.
[1. English language—Composition and exercises.  2. English language—Rhetoric.]  1. Scholastic Inc.  II. Title: Writing homework.  III. Series.
    LB1529.U5536  1998    372.623—dc21    97-44307    CIP    AC

Copyright © 1998 by Scholastic Inc.
All rights reserved. Published by Scholastic Inc.
SCHOLASTIC, SCHOLASTIC EXPLAINS, and associated logos are trademarks and/or registered trademarks of Scholastic Inc.
Printed in the U.S.A.  23
First Scholastic printing, August 1998

# Name That Noun!

## NOUNS

A **noun** is a word that names
a person, a place, or a thing.

| person | place | thing |
|--------|-----------|---------|
| boy | school | pencil |
| student | classroom | book |
| son | home | sweater |
| brother | kitchen | table |



Nouns can also name
feelings and ideas.

| feelings | Ideas or thoughts |
|------------|-------------------|
| happiness | work |
| anger | freedom |
| excitement | fun |
| hunger | success |

30

# EXHIBIT C



ship

hump-back whale

Scholastic

compact disc

Children's

Dictionary

astronaut

frog

BRIDGEPORT PUBLIC LIBRARY

3 4000 07440 3254

SCHOLASTIC

Art credits: Unless othe... Michelle Ross, Chris Shields, David Wright, Chris Shields ... ...roan, Stacey

Peter Dennis, Nick Gibbard, Maurice Pledger, Louise Nixon, Malcolm McGregor, Laura Cornell: 6, Justin Novak: 16, 183, Phil

Jensen, Nick Gibbard, Maurice Pledger, Louise Nixon, Barbara Gray: 138, Steve Henry: 140, 442, Chris Reed: 144, 161,

Kirk, Jason Lewis, Peter Goodwin, Lloyd Birmingham: 76, Barbara Gray: 261, Mel Pickering/Two-Can Publishing Ltd., & Scholastic

Scheuer: 36, Jared Lee: 42, Lloyd Adelman: 166, Virginia L. Dustin: 261, Mel Pickering...

Kate Keller: 158, Dawn Adelman: 636-643.

Inc.: 549, Dream Maker Software.

No part of this publication may be reproduced in whole or in part, or stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher. For information regarding permission, write to Scholastic Inc., 555 Broadway, New York, NY 10012.

Library of Congress Cataloging-in-Publication Data

Scholastic Children's Dictionary.

p. cm.

Includes index.

ISBN 0-590-25271-2

1. English Language—Dictionaries, Juvenile. [1. English Language—Dictionaries.]    I. Scholastic Inc.

PE 1628.5.S3 1996

423—dc20

95-26237

CIP

AC

Revised Edition copyright © 1996 by Scholastic Inc.
All rights reserved. Published by Scholastic Inc.

First Edition by Usborne Publishing Ltd.

12 11 10 9 8 7          8 9/9 0 1/0

Printed in the U.S.A.

First Scholastic printing, August 1996

**4.** *noun* An attempt to do or win something. *Elvis made a bid for fame.*
▷ *verb* bidding, bid *or* bade (bayd)

**bide** (bide) *verb* To wait for the right moment. *I will have to bide my time until I ask for a higher allowance.* ▷ biding, bided

**bi·en·ni·al** (bye-en-ee-uhl)
**1.** *adjective* Happening every two years or over a period of two years.
**2.** *noun* A plant that lives for two years.

**bi·fo·cals** (bye-foh-kuhlz) *noun, plural* Glasses or lenses that have two sections, for seeing up close and farther away.

**big** (big) *adjective*
**1.** Large in size. *What a big car!*
**2.** Of great importance. *I couldn't wait to hear the big news.*
▷ *adjective* bigger, biggest

## Synonyms: big

Big can describe things, people, ideas, or anything else that has great size or importance: *An elephant is a big animal. Choosing a career is a big decision.*

Large is often used in place of big and refers to anything greater than normal size or quantity: *My mom runs a large business with a lot of employees.*

Immense describes something so big that you can hardly measure or comprehend it: *An immense snowstorm blanketed several states with deep snow.*

Enormous, like immense, means extremely big or large: *He gave me an enormous hug.*

Huge means very large in scope or a very large amount: *My parents took me out for a huge meal at my favorite restaurant.*

Vast means extending for great distances: *The farmer grew vast fields of corn.*

**big·horn** (big-horn) *noun* A type of sheep with large, rounded horns, found in the western mountains of North America.

**big·ot** (big-uht) *noun* Someone who has a strong

the liver and helps digest food.

**bi·lin·gual** (bye-ling-gwuhl) *adjective* If someone is bilingual, the person can speak two languages well.

**bill** (bil) *noun*
**1.** A piece of paper telling you how much money you owe for something that you have bought. ▷ *verb* bill
**2.** A written plan for a new law, to be debated in Congress.
**3.** The beak of a bird.
**4.** A piece of paper money, as in *a ten-dollar bill.*

**bill·board** (bil-bord) *noun* A large outdoor sign used to advertise products or services.

billboard



**bill·fold** (bil-fohld) *noun* A small folding wallet for paper money.

**bil·liards** (bil-yurdz) *noun, plural* A game in which you use a stick, called a cue, to hit balls around a table.

**bil·lion** (bil-yuhn) *noun* One thousand times one million, written 1,000,000,000. ▷ *adjective* billion

**bil·low** (bil-oh)
**1.** *verb* When a curtain, sail, or sheet billows, it is pushed outward by the wind.
**2.** *verb* If smoke or fog billows, it rises up in large clouds.

# EXHIBIT D



ALL NEW!
**600** entries and
**2,000** spectacular illustrations

# Scholastic
# Children's
# Encyclopedia

BRIDGEPORT PUBLIC LIBRARY

3 4000 07352 4936

**◼ SCHOLASTIC**

Copyright © 2004 Scholastic Inc.

All rights reserved. Published by Scholastic Inc.

SCHOLASTIC, SCHOLASTIC REFERENCE, and associated logos are trademarks and/or registered trademarks of Scholastic Inc.

Designed and produced by The Brown Reference Group plc.

No part of this publication may be reproduced, or stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher. For information regarding permission, write to Scholastic Inc., Attention: Permissions Department, 557 Broadway, New York, NY 10012.

Library of Congress Cataloging-in-Publication Data

Scholastic children's encyclopedia.

p. cm.

Includes index.

Summary: Presents brief articles on a wide variety of topics from Abolition Movement and Earthquakes to Prehistoric Peoples and Zoology.

ISBN 0-439-43816-0

1. Children's encyclopedias and dictionaries. [1. Encyclopedias and dictionaries.] I. Scholastic Inc.

AG5.S36 2004

031—dc21                                                2003045591


10 9 8 7 6 5 4 3 2 1                           04 05 06 07 08


Printed in the U.S.A.    56

First printing, August 2004

Case 1:12-cv-03890-TPG   Document 1   Filed 05/16/12   Page 29 of 29

*The Braille 'phabet is used y blind people. Each letter has its own special arrangement of raised dots.* ▶



why, for example, when you touch a block of ice, you sometimes experience a burning sensation.

The reaction to extreme temperature is very similar to a pain reaction. The pain reaction is a special kind of touch sensation that protects people from harm. If you touch something that hurts, you immediately pull your hand away in an automatic response—you do not think before you do it. People often think of pain as a bad thing, but it is useful because it tells the brain that something is wrong. Pain might warn of injury, infection, or illness. It can also alert people to get away from danger.

**SEE ALSO:** Brain and Nervous System; Human Body

# ☆ TOWNS AND VILLAGES
## Towns are urban communities that are smaller than cities. Villages are even smaller settlements, sometimes within the borders of a town.

### Towns
Cities are large towns that have been granted a special document confirming their importance. By contrast, there is no real definition of a town. Towns tend to be smaller and less crowded than cities, but generally have at least 1,000 inhabitants. They usually have stores, movies, and

Modern towns may still provide these and other services, such as fire and police protection, and libraries. Each town has a chief officer to plan the budget and supervise the various departments. The chief officer may be the town supervisor, town manager, town board, or, in the New England states, the town meeting.