UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/17/13
```

| | |
|---|---|
| PALMER/KANE LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOLASTIC CORPORATION, )<br>SCHOLASTIC, INC., and CORBIS )<br>CORPORATION, )<br>)<br>)<br>Defendants )<br>) | Case No: 1:12-cv-03890-TPG<br><br>COURTESY COPY |

## CONSENT MOTION TO EXTEND TIME FOR CORBIS CORPORATION TO RESPOND TO PALMER/KANE LLC'S SECOND AMENDED COMPLAINT

Plaintiff Palmer/Kane LLC and defendant Corbis Corporation hereby move this Court, on consent, to extend the time for defendant Corbis Corporation to answer or otherwise respond to Palmer/Kane LLC's Second Amended Complaint, to June 14, 2013.

The original date for defendant Corbis Corporation to answer or otherwise respond is May 21, 2013. Plaintiff and Defendant Corbis Corporation have agreed and consent, subject to the Court's approval, that Corbis' deadline to answer or otherwise respond to the Second Amended Complaint should be extended to June 14, 2013.

This is the first request for an extension of time.

Dated: May 9, 2013

Approved,
Thomas P. Griesa
USDJ
5/17/13

Respectfully submitted:

PALMER/KANE LLC,
By its attorneys,

/s/ Clyde A. Shuman
Clyde A. Shuman (CS-6351)
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway, 12th Floor
New York, New York 10036
(646) 878-0800
(646) 878-0801 fax
clydes@pczlaw.com

OF COUNSEL:
Sibley P. Reppert, BBO No. 416900
PEARL COHEN ZEDEK LATZER LLP
50 Congress Street, Suite 1040
Boston, MA 02109
617-228-5725
sibleyr@pczlaw.com