Griesa, J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 05/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
PALMER/KANE LLC,

                Plaintiff,

     v.

SCHOLASTIC CORPORATION, et al.,

                Defendants.
-------------------------------------- X

Case No: 1:12-cv-3890 (TPG)

**STIPULATION AND PROPOSED ORDER**

It is hereby stipulated and agreed by the parties hereto, through their undersigned counsel, that the time within which Defendants shall answer or move to dismiss the Second Amended Complaint in this matter shall be extended up to and including June 14, 2013.

This is the first extension of time agreed to by the undersigned counsel relating to the Second Amended Complaint. *See* Dkt. No. 20.

Dated: May 8, 2013
       New York, New York

PEARL COHEN ZEDEK LATZER LLP

By: _____
    Sibley P. Reppert
    Clyde Shuman
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Tel. (617) 228-5725
Fax: (617) 228-5721
*Attorneys for Plaintiff*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
    Edward H. Rosenthal
    Beth I. Goldman
488 Madison Ave., 10th Floor
New York, NY 10022
Tel.: (212) 980-0120
Fax: (212) 593-9175
*Attorneys for Defendants
Scholastic Corporation and Scholastic Inc.*

So Ordered:

_____
U.S.D.J.

5/24/13

FKKS: 483481.v1

20843.407