Jeffrey L. Loop (JL-9260)
Melissa J. Erwin (ME-9119)
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY 10005
(212) 732-3200

Attorneys for Defendant
CORBIS CORPORATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PALMER/KANE LLC,<br><br>       Plaintiff,<br><br> -*against*-<br><br>SCHOLASTIC CORPORATION,<br>SCHOLASTIC, INC., and<br>CORBIS CORPORATION,<br><br>       Defendants. | No. 12-CV-3890-TPG<br><br>**NOTICE OF MOTION TO DISMISS** |

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all prior proceedings and pleadings herein, Defendant Corbis Corporation, by and through its attorneys Carter Ledyard & Milburn LLP, will move this Court, before Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order pursuant to Rules 8(a), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Second Amended Complaint, a copy of which is attached hereto, and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 14, 2013

                    CARTER LEDYARD & MILBURN LLP

By: _____
Jeffrey L. Loop (JL-9260)
Melissa J. Erwin (ME-9119)
Two Wall Street
New York, NY 10005
Telephone No. (212) 732-3200

*Attorneys for Defendant Corbis Corporation*